No. 81–283.  BURKEE *v.* BUSCHE.  C. A. 7th Cir.  Certiorari denied.

No. 81–284.  CAMPBELL *v.* WASHINGTON ET AL.  Ct. App. Wash.  Certiorari denied.

No. 81–285.  WILLIAMSON ET AL. *v.* TUCKER ET AL. C. A. 5th Cir.  Certiorari denied.

No. 81–288.  WRIGHT ET AL. *v.* RHOADES, ADMINISTRATRIX.  Sup. Ct. Utah.  Certiorari denied.

No. 81–294.  NAZARIAN *v.* NAZARIAN.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–295.  MEMBERS OF THE BRIDGEPORT HOUSING AUTHORITY POLICE FORCE ET AL. *v.* CITY OF BRIDGEPORT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–297.  SHREVE EQUIPMENT, INC. *v.* CLAY EQUIPMENT CORP.  C. A. 6th Cir.  Certiorari denied.

No. 81–299.  FEDERAL ELECTION COMMISSION *v.* MACHINISTS NON-PARTISAN POLITICAL LEAGUE; and FEDERAL ELECTION COMMISSION *v.* CITIZENS FOR DEMOCRATIC ALTERNATIVES IN 1980.  C. A. D. C. Cir.  Certiorari denied. Reported below: 210 U. S. App. D. C. 267, 655 F. 2d 380 (first case); 210 U. S. App. D. C. 284, 655 F. 2d 397 (second case).

No. 81–303.  MCNAMARA *v.* QUIROZ.  Sup. Ct. Minn. Certiorari denied.

No. 81–306.  JACOBSON ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.